JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -REOPENING/CLOSING

Case No. CV 23-00435-JLS (AFMx)     Date July 18, 2023

Title: United African-Asian Abilities Club et al v. AJR Investment Partnership II, LLC et al

Present: The Honorable Josephine L. Staton

| Gabriela Garcia | Not Recorded |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

NONE PRESENT     NONE PRESENT

Proceedings: ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Case should have been closed on Stipulation to Dismiss dated 3/9/2023

☐ Entered _____.

Initials of Preparer    gga